IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 10-420 |
| | : | |
| WHITE ET AL., | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this ___ day of July, 2011 upon consideration of Defendant Marcus White's Motion to Compel Additional Discovery (Doc. 22) and the Government's Response in Opposition thereto (Doc. 41), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED AND DECREED** that

1. Defendant Marcus White's Motion to Suppress Defendant's Initial Statement (Doc. 23);

2. Defendant Marcus White's Motion to Suppress Defendant's Statement (Doc. 24);

3. Defendant Marcus White's Motion to Suppress Physical Evidence (Doc. 25);

4. Defendant Marcus White's Motion to Suppress (Doc. 39);

5. Defendant Marcus White's Motion to Suppress (Doc. 40); and

6. Defendant Marcus White's Supplemental Motion to Suppress Evidence (Doc. 41)

are **DENIED**.

**IT IS FURTHER ORDERED AND DECREED** that

    7.    Defendant Antwanne White's Motion to Suppress Statements (Doc. 81) is **DENIED AS MOOT**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.D.J.**