IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO. 10-420** |
| v. | |
| | **CIVIL ACTION** |
| **MARCUS WHITE** | **NO. 13-1851** |

## ORDER

**AND NOW**, this \_\_\_\_ day of October, 2013, upon consideration of Defendant's Motion under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 163) and the Government's Response thereto (Doc. 166), and after holding an evidentiary hearing, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Defendant's motion is **DENIED**.

2. The Defendant having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C. J.**