# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 10-420-01** |
| **MARCUS WHITE** : | |

## ORDER

**AND NOW**, this ___12th__ day of October, 2017, upon consideration of Petitioner's Motion to Dismiss the Superseding Indictment Pursuant to F[ed]. R. Crim. P. 7(c)(1) and F[ed]. R. Crim. P. 48(a) (Doc. 239), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **DENIED**.

                                                        **BY THE COURT:**

                                                        /s/ Petrese B. Tucker

                                                        _____

                                                        **Hon. Petrese B. Tucker, U.S.D.J.**