# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **CRIMINAL ACTION NO. 10-CR-420-1** |
| : | **CIVIL ACTION NO. 12-cv-5548** |
| **MARCUS WHITE** : | |

## ORDER

**AND NOW**, this 5th day of January, 2021, in consideration of Marcus White's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 268), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to White's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive § 2255 motion. *See* 28 U.S.C. § 2244(b) & § 2255(h).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/Petrese B. Tucker**

**PETRESE B. TUCKER, J.**