# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARCUS WHITE | : | No. 10-420-01 |
| | : | |

### ORDER

AND NOW, this _10th_ day of January, 2023, upon consideration of Marcus White's *Pro Se* Motion Pursuant to 28 U.S.C. § 2255 (Doc. No. 315) and the Government's Response (Doc. No. 319), for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Mr. White's motion (Doc. No. 315) is **DENIED.**

2. No certificate of appealability will issue because reasonable jurists would not disagree with the denial of Mr. White's motion.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1