IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| MARCUS WHITE | NO. 10-420-1 |

## O R D E R

**AND NOW**, this 17th day of June, 2024, upon consideration of Marcus White's Motion to Vacate his Conviction and for Resentencing (ECF No. 334), the United States's Brief in Response (ECF No. 337), and White's Reply (ECF No. 349), **IT IS HEREBY ORDERED** that White's conviction for violating 18 U.S.C. § 924(c), found in Count Six of his Superseding Indictment, is **VACATED**.

A notice scheduling a plenary resentencing hearing, for which a new presentence investigation report shall be prepared, is forthcoming.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**